1  Ryan Lee Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Ste. 401
   Los Angeles, CA 90025
3  rlee@consumerlawcenter.com
   T: (323) 988-2400
4  F: (866) 861-1390
   Attorney for Plaintiff
5  JERRY SMITH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANSISCO DIVISION**

| | |
|---|---|
| JERRY SMITH,<br><br>       Plaintiff,<br>   vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC.,<br><br>       Defendant. | **Case No.: 3:12-cv-03505-LB**<br><br>NOTICE OF SETTLEMENT<br>ORDER |

NOW COMES the Plaintiff, JERRY SMITH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

Dated: 09/11/2012             KROHN & MOSS LTD

                              /s/ Ryan Lee
                              Ryan Lee, Esq.
                              Attorney for Plaintiff,
                              JERRY SMITH

IT IS SO ORDERED
Judge Laurel Beeler

Case Management Conference reset to December 13, 2012 at 10:30 a.m. A Joint
Case Management Conference Statement due by 12/6/2012.
Date: September 17, 2012                       1

---

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on September 11, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Ryan Lee
Ryan Lee, Esq.