1    Ryan Lee Esq. (SBN: 235879)
     Krohn & Moss, Ltd.
2    10474 Santa Monica Blvd., Ste. 401
     Los Angeles, CA 90025
3    rlee@consumerlawcenter.com
     T: (323) 988-2400
4    F: (866) 861-1390
     Attorney for Plaintiff
5    JERRY SMITH

6
                    **UNITED STATES DISTRICT COURT**
7                  **NORTHERN DISTRICT OF CALIFORNIA**
                     **SAN FRANSISCO DIVISION**
8

9                                              | **Case No.: 3:12-cv-03505-LB**
      JERRY SMITH,
10
              Plaintiff,
11         vs.                                 NOTICE OF SETTLEMENT

12   NORTHSTAR LOCATION SERVICES, LLC.,        ORDER

13           Defendant.

14

15
             NOW COMES the Plaintiff, JERRY SMITH, by and through the undersigned
16
     counsel and hereby informs the court that a settlement of the present matter has been reached and
17
     is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the
18
     next 60 days.
19
             Plaintiff therefore requests that this honorable court vacate all dates currently set on
20
     calendar for the present matter.
21
                                      Respectfully Submitted,
22

23   Dated: 09/11/2012              KROHN & MOSS LTD
24
                                    /s/ Ryan Lee
25                                  Ryan Lee, Esq.
                                    Attorney for Plaintiff,
26                                  JERRY SMITH

27   Case Management Conference reset to December 13, 2012 at 10:30 a.m. A Joint
     Case Management Conference Statement due by 12/6/2012.
28   Date: September 17, 2012                    1

IT IS SO ORDERED
Judge Laurel Beeler

                            NOTICE OF SETTLEMENT

1

**<u>CERTIFICATE OF SERVICE</u>**

2

    I hereby certify that on September 11, 2012, I electronically filed the foregoing Notice of

3

Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on

4

September 11, 2012, I served all counsel of record with a copy of this document by way of the

5

CM/ECF system.

6

7

8

9

            By:    <u>/s/ Ryan Lee</u>
                     Ryan Lee, Esq.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

---

NOTICE OF SETTLEMENT