1  Ryan Lee, Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   JERRY SMITH
5

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY SMITH, | ) Case No.: 3:12-cv-03505-LB |
| Plaintiffs, | ) |
| v. | ) VOLUNTARY DISMISSAL |
| NORTHSTAR LOCATION SERVICES, LLC., | ) |
| Defendant. | ) |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JERRY SMITH, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: December 7, 2012                                 KROHN & MOSS, LTD.


                                                        By:/s/ Ryan Lee, Esq.
                                                        Ryan Lee, Esq.
                                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:    /s/ Ryan Lee, Esq.

Ryan Lee, Esq